## ROBERT M. ELLIOTT, P.C. *v.* MARK STUART

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 333 (AC 17937), is denied.

*Robert H. Weinstein*, in support of the petition.

*Robert M. Levin*, in opposition.

Decided June 30, 1999

## STATE OF CONNECTICUT *v.* SAMUEL SPIVEY

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 652 (AC 18028), is denied.

*Jeremiah Donovan*, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided June 30, 1999